IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-30105-DRH |
| ) | |
| JEFFREY L. PARKER, ) | |
| ) | |
| Defendant. ) | |

# ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

On December 20, 2007, this court entered an order for forfeiture against defendant Jeffrey L. Parker for the following property:

**One Remington, Model 11-87 Sportsman, 12 gauge shotgun bearing serial number PC828678.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, [www.forfeiture.gov](www.forfeiture.gov), for 30 consecutive days beginning February 26, 2009, and ending March 27, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on December 20, 2007, namely:

**One Remington, Model 11-87 Sportsman, 12 gauge shotgun bearing serial number PC828678.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law, and may, at its discretion, destroy any or all of said property.

**DATE:** May 14, 2009

/s/ David R Herndon

**DAVID R. HERNDON**
**United States Chief Judge**